UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

SANTIAGO DOBLES,

    Plaintiff,
v.

NBCUNIVERSAL MEDIA, LLC,
a Foreign Limited Liability Company,
and NBCUNIVERSAL, LLC

    Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendants NBCUniversal Media, LLC and NBCUniversal, LLC, pursuant to 28 U.S.C. §§ 1441(a) and 1446, hereby remove this action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. The removal is based on federal question jurisdiction, and this Court therefore has original jurisdiction over the case pursuant to 28 U.S.C. § 1331. The specific grounds for removal are the following:

### I.    STATEMENT OF THE CASE

On May 31, 2019, Plaintiff Santiago Dobles filed a Complaint against the Defendants in the Circuit Court for the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, which action was assigned Case No. 19-016378-CA-01 (hereinafter referred to as the "State Action"). Copies of all process, pleadings, and orders served upon Defendants in the State Action are attached as **Exhibit A.**

The Complaint asserts a claim for violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, a claim for retaliation under the anti-retaliation provision of the FLSA, 29

U.S.C. § 215(a)(3), and a claim of national-origin discrimination under the Florida Civil Rights Act of 1992 ("FCRA"), Fla. Stat. § 760.10. Ex. A, Pl.'s Compl. at ¶¶ 21-31, 32-36, 37-46.

## II. GROUNDS FOR REMOVAL

This Court has original jurisdiction over this matter by virtue of 28 U.S.C. § 1331 because the Complaint asserts claims arising under federal law.

The Complaint, on its face, raises claims expressly under the FLSA, a federal statute. *See* Ex. A, Pl.'s Compl. at ¶¶ 21-36. Thus, the Complaint raises a federal question, and it is removable on that basis. *See* 28 U.S.C. §§ 1331, 1441(a).

This Court also has supplemental jurisdiction over the remaining state-law claim in Plaintiff's complaint—under the FCRA—pursuant to 28 U.S.C. § 1367(a) because those claims are based on the same factual allegations against the Defendants that gives rise to the claims arising under federal law and therefore comprise the same case or controversy. Moreover, the state-law claims do not present novel issues under state law. As such, the state-claims in this action present the type of claims that federal courts routinely address in the context of employment-discrimination disputes.

## III. VENUE

Venue is proper in the United States District Court for the Southern District of Florida, Miami Division because the case is being removed from the Circuit Court in and for Miami-Dade County, Florida. *See* 28 U.S.C. § 1446(a); 28 U.S.C. § 89(c).

## IV. CONSENT OF OTHER DEFENDANTS

There are no other defendants who would need to join in or consent to this Notice of Removal.

## V.     TIMELINESS OF REMOVAL

The Complaint was filed in state court on May 31, 2019. NBCUniversal Media, LLC was served with process on June 12, 2019, and NBCUniversal, LLC was served with process on June 13, 2019. Thus, Defendants are filing this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b).

## VI.    ATTACHMENT OF STATE COURT PLEADINGS

Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon the Defendant in the state court action is attached hereto as **Exhibit A.**

## VII.   NOTICE OF REMOVAL GIVEN TO STATE COURT

Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida. *See* **Exhibit B.**

By filing this notice of removal, Defendants do not waive any available defenses, rights, or objections. Defendants reserve the right to amend or supplement this notice of removal.

Dated: July 12, 2019.

                                  Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
9130 S. Dadeland Boulevard, Suite 1625
Miami, Florida 33156
Telephone: 305.374.0506

Christopher P. Hammon
Florida Bar No. 176753
chris.hammon@ogletreedeakins.com
Steven S. Cula
Florida Bar No. 1002949
steven.cula@ogletreedeakins.com

*Counsel for Defendants, NBCUniversal Media, LLC and NBCUniversal, LLC*

39216118.2